```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  KENNETH RHONE, aka          ) Case No. CV 09-5747-DMG(RC)
    KENNETH RAY RHONE,          )
12                              )
              Plaintiff,        )
13  vs.                         ) ORDER ADOPTING REPORT AND
                                ) RECOMMENDATION OF UNITED STATES
14  C.D.C.R. SGT. DIAZ,         )
    C.D.C.R. SGT. HALEY,        )
15  C.D.C.R. C.O. WAYNE,        )
                                )
16            Defendants.       )
    _____)
17
```

18      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19 First Amended Complaint along with the attached Report and

20 Recommendation of United States Magistrate Judge

21 Rosalyn M. Chapman, and has made a <u>de</u> <u>novo</u> determination.

22

23      IT IS ORDERED that (1) the Report and Recommendation is

24 approved and adopted; and (2) Judgment shall be entered dismissing

25 without prejudice the First Amended Complaint and action.

26 //

27 //

28 //

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Report and Recommendation by
3 the United States mail on the plaintiff.

5 DATED: June 21, 2010

                                            _____
                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE

R&Rs\09-5747.ado
3/30/10

2