UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RHONE, aka<br>KENNETH RAY RHONE,<br><br>          Plaintiff,<br><br>vs.<br><br>C.D.C.R. SGT. DIAZ,<br>C.D.C.R. SGT. HALEY,<br>C.D.C.R. C.O. WAYNE,<br><br>          Defendants. | ) Case No. CV 09-5747-DMG(RC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the First Amended Complaint and action.

DATED: June 21, 2010

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

R&Rs\09-5747.jud
3/30/10